197 P.2d 162]

[L. A. No. 20399. In Bank. Sept. 15, 1948.]

FRANK F. CLAYTON et al., Respondents, v. MRS. A. M.
WILKINS, SR. et al., Appellants.

Gallagher, Margolis, McTernan & Tyre for Appellants.

Ray C. Eberhard and Elisabeth Eberhard Zeigler for Respondents.

THE COURT.—Defendants appeal from an order granting a preliminary injunction enjoining occupancy of certain lots of land by non-Caucasians.

Upon the authority of *Shelley* v. *Kraemer* (1948), 334 U.S. 1 [68 S.Ct. 836, 92 L.Ed. ——] (see also *Hurd* v. *Hodge* (1948), 334 U.S. 24 [68 S.Ct. 847, 92 L.Ed. ——]), holding that such restrictions cannot be enforced through court action, the order of the trial court granting the preliminary injunction must be reversed. (See also *Cumings* v. *Hokr* (1948), 31 Cal.2d 844 [193 P.2d 742]; *Cassell* v. *Hickerson* (1948), 31 Cal.2d 869 [193 P.2d 743]; *Davis* v. *Carter* (1948), 31 Cal.2d 870 [193 P.2d 744]; *In re Laws* (1948), 31 Cal.2d 846 [193 P.2d 744]; *Lippold* v. *Johnson, ante,* p. 892 [197 P.2d 161]; and *Morin* v. *Crane, post,* p. 896 [197 P.2d 162].)

For the reasons above stated the order appealed from is reversed.